No. 92–5938.   IN RE WHITAKER.   Motion of petitioner for leave to proceed in forma pauperis denied.   See this Court's Rule 39.8. Petitioner is allowed until December 7, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition

in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of prohibition.